BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:	(907) 276-6100
Fax No.:	(907) 258-2530

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NORCON, INC.,

           Plaintiff,

  v.

STANLEY CONSULTANTS, INC.,

           Defendant.

Case No. _____

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**
**(Diversity Jurisdiction)**

TO THE CLERK OF COURT:

     PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441(a), defendant removes the case of *Norcom, Inc. v. Stanley Consultants, Inc.* from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-13-5366 CI, to the U.S. District Court for the District of Alaska, based on diversity of citizenship, which exists between the parties.  Plaintiff is a corporation organized in Alaska, having its principal place of business in Anchorage, Alaska, and defendant is a corporation organized in Iowa, with its principal place of business at 8000 South Chester Street, Suite 500, Centennial, Colorado 80112.  On February 26,

Notice of Removal of Action Under 28U.S.C. § 1441(a)
Norcon, Inc. v. Stanley Consultants, Inc.
Page 1 of 2
3358-40/ # 119821
Case 3:13-cv-00053-RRB   Document 1   Filed 03/18/13   Page 1 of 2

2013, plaintiff served defendant with a copy of the complaint via certified mail on its registered agent. A copy of the complaint is attached hereto as Exhibit A. The court has original jurisdiction over this action under 28 U.S.C. § 1441(a) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

WHEREFORE, defendant gives notice that the above-entitled case is removed from the Superior Court for the State of Alaska at Anchorage, Third Judicial District, to the United States District Court for the District of Alaska.

DATED: March 15, 2013

BURR, PEASE & KURTZ
Attorneys for Defendant

By  /s/ Nelson G. Page
　　　Nelson G. Page
　　　Alaska Bar # 7911121

I certify that on the 15th day of March, 2013, copy of the
above and foregoing pleading was served by mail on:

Thomas E. Amodio
Reeves Amodio LLC
500 L Street, Suite 300
Anchorage, AK  99501

William F. Cronin
Todd T. Williams
Corr Cronin Michelson Baumgardner
　& Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051

　　　/s/ Nelson G. Page

Notice of Removal of Action Under 28U.S.C. § 1441(a)
Norcon, Inc. v. Stanley Consultants, Inc.
Page 2 of 2                                            3358-40/ # 119821
Case 3:13-cv-00053-RRB   Document 1   Filed 03/18/13   Page 2 of 2