**THE HONORABLE RALPH BEISTLINE**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORCON, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANLEY CONSULTANTS, INC., <br><br> Defendant. | Case No. 3:13-CV-00053-RRB <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

Plaintiff Norcon, Inc. ("Norcon") and Defendant Stanley Consultants, Inc., ("Stanley") by and through their undersigned counsel, hereby jointly stipulate and agree that:

Norcon's claims and causes of action against Stanley should be dismissed with prejudice and without fees or costs to any party; and

Stanley's counterclaims and causes of action against Norcon should be dismissed with prejudice and without fees or costs to any party.

Dated this 17th day of September, 2013.

| | |
|---|---|
| BURR, PEASE & KURZ | CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP |
| */s/ Nelson G. Page* <br> Nelson G. Page <br> 810 N Street, Suite 300 <br> Anchorage, AK 99501 <br> (907) 276-6100 Phone <br> ngp@bpk.com <br> ***Counsel for Defendant Stanley Consultants, Inc.*** | */s/ William F. Cronin* <br> William F. Cronin, *pro hac vice* <br> Todd Williams, *pro hac vice* <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA 98154-1051 <br> (206) 625-8600 Phone <br> wcronin@corrcronin.com <br> twilliams@corrcronin.com <br> ***Counsel for Plaintiff Norcon, Inc.*** |

STIPULATION AND ORDER OF DISMISSAL – 1
No. 3:13-CV-00053-RRB

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

## **ORDER**

Based upon the foregoing Stipulation, it is hereby ORDERED that:

1. Plaintiff's claims and causes of action against Defendant Stanley Consultants, Inc. are hereby dismissed with prejudice and without costs to any party.

2. Defendant's counterclaims and causes of action against Plaintiff Norcon, Inc. are hereby dismissed with prejudice and without costs to any party.

DATED this _____ day of _____, 2013.

Honorable Ralph Beistline

STIPULATION AND ORDER OF DISMISSAL – 2
No. 3:13-CV-00053-RRB

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

Case 3:13-cv-00053-RRB   Document 35   Filed 09/18/13   Page 2 of 2

638 00002 ni057802